UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SHILOH MAIER,

       Plaintiff,

                                        Case No.: 2-15-cv-12423

v.                                        Hon. Arthur J. Tarnow

MARY JANE M. ELLIOTT, P.C.,

       Defendant.

_____/

**STIPULATED ORDER DISMISSING THE COMPLAINT WITH PREJUDICE**

       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, Shiloh Maier, and the Defendant, Mary Jane M. Elliott, P.C., by and through their respective counsel of record that the entire above-captioned action is dismissed with prejudice. Each party shall bear their own respective fees and costs.

                                                            s/Arthur J. Tarnow
                                                            ARTHUR J. TARNOW
                                                            SENIOR U.S. DISTRICT JUDGE

Dated: September 17, 2015

**THE FOREGOING IS STIPULATED:**

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/ Mark Small (P26976) | /s/ Brian C. Truba (P61752) |
| 656 W, Frank St. | MARY JANE M. ELLIOTT, PC |
| Birmingham, MI 48009 | 24300 Karim Blvd. |
| (248) 376-3110 | Novi, MI 48375 |
| msmall@smallslaw.com | (248) 306-2000 |
| | brian@mjelliott.com |